Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-0466 (fax)

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA KONDRICK, <br><br> Plaintiff, <br><br> vs. <br><br> KAISER PERMANENTE FLEXIBLE BENEFITS PLAN and METROPOLITAN LIFE INSURANCE COMPANY, <br><br> Defendants. | Case No.: C 06-2781 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED, by and between the parties, by and through their respective attorneys of record, that this action shall be dismissed with prejudice, each party to bear their own costs, expenses, and attorney fees.

Dated: February 15, 2007

By: /s/ Michael Westheimer

Michael Westheimer
Sedgwick, Detert, Moran & Arnold LLP
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY and KAISER
PERMANENTE FLEXIBLE BENEFITS
PLAN

Dated: February 12, 2007

By: /s/ Steven M. Chabre

STEVEN M. CHABRE
Attorney for Plaintiff
LAURA KONDRICK

**IT IS SO ORDERED.**

Dated: February 15, 2007          By: /s/ Maxine M. Chesney

MAXINE M. CHESNEY
U.S. DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL                    (C 06-2781 MMC)

2